IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TWIN PROPERTIES, LLC
*by and through Mike Alford*  PLAINTIFF

VS.  CASE NO. 1:15CV96-GHD-DAS

STATE FARM FIRE AND CASUALTY COMPANY
and
ROB RICE  DEFENDANTS

## ORDER OF DISMISSAL

The court has been advised by counsel pursuant to Stipulation of Dismissal with prejudice [15] filed in this case on August 2, 2015, that Defendant Rob Rice is dismissed as a party to this case.

THEREFORE, IT IS HEREBY ORDERED that Defendant Rob Rice is dismissed with prejudice from this action.

SO ORDERED, this, 10th day of August, 2015.

Senior United States District Judge